**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIEL FRAKER, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-CV-03086-BAH |
| LINDA BOYD, *et al.*, | |
| *Defendants*. | |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants The Johns Hopkins University, Linda Boyd, Jennifer Calhoun, Mark Nelms, Jessica Oros, Gerard St. Ours, Kevin Shollenberger, Shanon Shumpert, Calvin Smith, David Smooke, Kyley Sommer, Hope Murphy Tyehimba, Dawna Cobb, Paul Pineau, Kate Nash, Veronica Potter, and Tueth Keeney Cooper Mohan & Jackstadt P.C. respectfully move to dismiss Plaintiffs' Complaint (Dkt. No. 8) with prejudice, on the grounds that it fails to state a claim upon which relief may be granted. The grounds for Defendants' motion are set forth more fully in the accompanying Memorandum of Law, which is filed herewith and is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court grant their Motion to Dismiss the Complaint with prejudice.

Dated: January 20, 2026

Respectfully submitted,

COOLEY LLP
MCGUIREWOODS LLP


By: */s/ David E. Mills*

   David E. Mills (Bar No. 16654)
   Elizabeth B. Prelogar (*pro hac vice*)
   Raymond P. Tolentino (*pro hac vice*)
   Joshua Revesz (*pro hac vice*)
   Dev P. Ranjan (*pro hac vice*)
   COOLEY LLP
   1299 Pennsylvania Avenue NW, Suite 700
   Washington, DC  20004-2400
   Telephone: +1 202 842 7800
   Facsimile: +1 202 842 7899
   Email: dmills@cooley.com
            eprelogar@cooley.com
            rtolentino@cooley.com
            jrevesz@cooley.com
            dranjan@cooley.com

   Sarah K. Wake
   (*pro hac vice*)
   MCGUIREWOODS LLP
   77 West Wacker Drive, Suite 4100
   Chicago, IL 60601-1818
   Telephone: +1 312 849 8100
   Facsimile: +1 312 849 3690
   Email: swake@mcguirewoods.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 20, 2026, a copy of the foregoing Defendants'

Motion to Dismiss the Complaint was electronically filed and served via First Class Mail to:


Daniel Fraker
Daniela Barbosa
Russell Fraker
1163 Prairie View Drive
Waunakee, WI 53597
*Pro Se Plaintiffs*

*/s/ David E. Mills*
David E. Mills
